IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KHYRE HOLBERT,<br><br>　　　　　Defendant. | 8:17CR189<br><br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order (Filing No. 90) entered on October 16, 2023, judgment is entered in favor of the United States of America and against Khyre Holbert.

　　Dated this 13th day of May 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*Robert F. Rossiter, Jr.* (signature)
　　　　　　　　　　　　　　　　　　　　Robert F. Rossiter, Jr.
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge